THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED WEISS, Respondent, against WILLIAM HUNT, as Warden of Attica State Prison. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— 

 Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of the Accounting of BENSON M. VAN INGEN, as Administrator of the Estate of ELIZA G. VAN INGEN, Deceased, Respondent. BERT G. VAN INGEN et al., Appellants.— 

 Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD HOWE, Respondent, against WILLIAM HUNT, as Warden of Attica State Prison. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— 

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

MERLE E. JACOBS, as Administrator of the Estate of HENRY A. JACOBS, Deceased, Appellant, v. ELLA L. JACK, Respondent.— 

 Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

JOHN P. MAIER, Suing on Behalf of Himself and All Other Persons Similarly